# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Laschelle Featherston-Olson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Humboldt General Hospital, et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-02431-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 5] |

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 5. *Pro se* litigants may request authorization to register as electronic filers in a specific case. Local Rule IC 2-1(b).

The motion is **GRANTED** subject to the following:

- No later than December 18, 2025, Plaintiff must file a certification that she is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]

- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.

- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: December 11, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1