**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Laschelle Featherston-Olson,

Plaintiff(s),

v.

Humboldt General Hospital, et al.,

Defendant(s).

Case No. 2:25-cv-02431-JAD-NJK

**Order**

[Docket Nos. 39, 40]

This case has been transferred to the unofficial northern division and this case is now closed. Docket No. 36. Nonetheless, Plaintiff filed duplicate motions in both this case and her case in the northern division. Docket Nos. 39, 40. The Court **STRIKES** the motions filed in this case. Plaintiff is again reminded that this case is closed, so her filings must be made only in her case pending in the northern division.

IT IS SO ORDERED.

Dated: September 4, 2026

Nancy J. Koppe
United States Magistrate Judge